United States District Court
For The
District of Massachusetts

Barry Spencer, Jr

v.                                              C.A. No.

Nashua Street Jail, et al,

Overview: This is a civil complaint of personal injury due to a 300lb table falling on the body of the Plaintiff causing perminate scars among other injuries, while following a custom of Suffolk Deputies, without proper training and Management's failure to stop dangerous customs, that violates The constitutions (both Federal and State)

Jurisidiction: This court holds jurisidiction over 42 USC 1983 claims arising out of failure to train and issues that violate the Constitution.

Parties

1. Plaintiff Barry Spencer Jr, is a resident of Massachusetts with a mailing address of 20 Bradston Street, Boston, MA

2. Defendant Nashua Street Jail is a municipal corporation with an address of 20 Bradston St Boston, MA, SUED in its public and private capacities.

3. Defendant Suffolk Sheriff is sued in his public & private capacities with an address of

20 Bradston Street Boston, MA

4. Defendant Suffolk Sheriff Deputies John doe 1, John doe 2, John Doe 3 are sued in their public and personal capacities with an address of 200 Nashua Street Boston, MA

## Statement of facts

5. About March 2025 plaintiff was taken into custody by Defendant(s) 2, 3, & 4 and seen by medical where it was determined he was in need of detoxifying medications.

6. Defendants placed him in a cell

7. Unbeknown to Plaintiff other persons were seen by medical staff and placed on detoxify medication by Defendant 2, 3 & 4 and placed in cells

8. Further, while Plaintiff was asleep the Defendants 2, 3 & 4 were cleaning or shaking Down the unit and as per their dangerous custom put the tables on 2 legs instead of the 4 legs it was intended for.

9. While on the two legs The Defendants 2, 3 & 4 had the lights off and decided to do a medical detox call of all the inmates needing detoxification medication

10. The Defendants 2, 3 & 4 opened the Cell Doors and began hurding the plaintiff and other

on a path between the tables in the dark with no recourse of a safer route.

11 Plaintiff attempted to walk around the tables and was told to stay in line by the Defendants 2, 3 & 4 or he wouldn't recieve his medication.

12 Plaintiff had no recourse nor remedy but to take the dangerous route with the lights off (Nashua's Custom)

13 Among the Defendants 2, 3 & 4 were staff of higher ranking having knowledge that the conspired act of making detoxifying inmates walk in the dark threw the tables was according to the custom and had power to prevent or power to aid the inmates/plaintiff.

14 Among the Defendants 2, 3 & 4 were staff of higher ranking having knowledge of the custom were responsible for the acts of the subordinate(s) Deputies.

15 The Defendants knew their actions under the custom was unconstitutional & cruel

16. As the Plaintiff walked the obstical course in the dark, he along with the other 15 plus inmates were unsteady to the point a table fell upon the Plaintiff.

17 The Table cut into plaintiffs' ankle ripping tendon and fracturing bone, and compounding

injury to his back's deteriorated disks, He even experienced a Heart Attack.

18  While plaintiff was attempting to get free he pushed the table which caused two hernia tears in his groin area

19  Plaintiff was emotionally drained and his PTSD over being incarcerated was at a 15 on a 1-10 scale.

20  Plaintiff has experienced PTSD, depression and anxeity due to incaration and was diagnosed by a physiologist.

21  Plaintiff was grabbed up by Defendants 2, 3 & 4, and taken outside the institution Defendant 2,3 & 4 to Mass General Hospital where plaintiff was treated.

22  Plaintiff was taken back to Defendant 2, 3 & 4

## Claim of Relief

23  Plaintiff incorporates here 2-22, above, herein to support his claims of Relief as follows, and asks the Court enter judgement in his favore in light of the injuries sustained by the Plaintiff;

24  Plaintiff humbly asks this Court to Order, that the Defendants were deliberate indifferent and failed to train their Staff;

25  Plaintiff humbly Asks this Court to Order, that the Defendants were deliberate

indifferent towards plaintiff's constitutional Rights

26 Plaintiff humbly asks this Court to ORDER, that the Defendants were cruel and unusual in its custom, policy and or practice

27 Plaintiff asks for $200,000.00 severly and jointly from All Defendants.

28 Plaintiff asks for $300,000.00 for emotional stress and duress severly and jointly from All Defendants

29 Plaintiff request any losses the Court may grant that includes Attorney fees, costs, etc.,

Respectfully

Barry Spencer Jr

/s/ Barry Spencer Jr

20 Bradston Street

Boston, MA

July 19, 2026

Signed under pains & penalties of perjury on this 19th of July 2026

Barry Spen