UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY SPENCER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>NASHUA STREET JAIL, et al.,<br><br>Defendants. | Civil Action No. 26-cv-13499-LTS |

ORDER

October 13, 2026

SOROKIN, D.J.

Pro se plaintiff Barry Spencer, Jr., who is confined at the Suffolk County House of Correction ("SCHC"), has filed a civil complaint against concerning an injury suffered at the jail.

On August 3, the Court issued an order directing Spencer to pay the $450 filing fee or file a motion for leave to proceed *in forma pauperis* with the six-month prison account statement required by 28 U.S.C. § 1915(a)(2). On August 19, 2026, Spencer filed an *in forma pauperis* motion and prison account statement covering the time period from June 30, 2026 through August 6, 2026.

Accordingly, the Court hereby orders:

1. The deadline to submit a prison account statement is extended to twenty-eight (28) days from the date of this order.

2. The Clerk shall send a copy of this order to the Treasurer of the SCHC. The Court requests the Treasurer to prepare a copy of Spencer's trust fund account statement (or

institutional equivalent) covering the six months prior to Spencer's commencement of this action on July 28, 2026.

3. The Court requests that the Treasurer promptly provide a copy of this statement to Spencer. If the Treasurer prefers, it may be mailed directly to the Court with a copy of this Order.

4. Spencer is responsible for obtaining an account statement from any other correctional institution in which he was confined in the six-month period preceding the commencement of this action.

5. The Court reminds Spencer that, even if he is allowed to proceed *in forma pauperis* (that is, without prepayment of the filing fee), the $350 statutory filing fee cannot be waived. Rather, Spencer will remain responsible for paying the $350 statutory filing fee over time, regardless of the outcome or the duration of this lawsuit. See 28 U.S.C. § 1915(b). If Spencer does not want to assume this financial responsibility, he shall notify the Court immediately by filing a notice of voluntary dismissal.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE